STATE v. REEDER

No. 062P92

Case below: 105 N.C.App. 343

Petition by Attorney General for writ of supersedeas and temporary stay denied 4 March 1992.

STATE v. REID

No. 527PA91

Case below: 104 N.C.App. 334

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question denied 4 March 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 March 1992.

STATE v. VEST

No. 033P92

Case below: 104 N.C.App. 771

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 March 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.

STATE v. WHALEY

No. 557P91

Case below: 104 N.C.App. 557

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 March 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.